STATE OF NEW JERSEY v. MAXINE JONES.

February 27, 1973. Petition for certification denied.

LYNN CIESWICK v. ALLAN-DEANE CORPORATION v. TOWNSHIP OF BEDMINSTER.

March 5, 1973. Petition for certification granted. (121 *N. J. Super.* 288)

KENNETH THOMAS v. NEW JERSEY PAROLE BOARD.

March 13, 1973. Petition for certification denied.

STATE OF NEW JERSEY v. FRED ANDERSON SMITH.

March 13, 1973. Petition for certification denied.

BEVERLY JAFFE v. FLORENCE W. SCHRADER.

March 13, 1973. Petition for certification denied.

PEGGY LEE SERPICO v. BOARD OF REVIEW, DIVISION OF EMPLOYMENT SECURITY.

March 13, 1973. Petition for certification denied.